IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

STATESVILLE DIVISION

| | |
|---|---|
| GEORGE C. TRIVETT, JR. and KAREN SPENCER TRIVETT,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC.,<br><br>    Defendant. | Civil Action No. 5:06-cv-00127<br><br>**ORDER** |

  This matter is before the Court on the Joint Motion of Plaintiffs George C. Trivett, Jr. and Karen Spencer Trivett ("Plaintiffs") and Defendant Merck & Co., Inc. ("Merck") to stay all proceedings in this action pending resolution of Merck's motion before the Judicial Panel on Multidistrict Litigation ("JPML") for transfer of this case to a single court for coordinated pretrial management, pursuant to 28 U.S.C. § 1407. For good cause shown, and in the interest of judicial economy, the parties' joint motion will be granted.

  **IT IS HEREBY ORDERED** that the Joint Motion to Stay All Proceedings Pending Transfer Decision by the JPML is **GRANTED**, and this case **STAYED** pending a transfer decision.

Signed: October 11, 2006

Richard L. Voorhees
United States District Judge